IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40879
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUILLERMO ANTONIO PEREZ-DERAS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-98-CR-250-1
- - - - - - - - - -

March 23, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Guillermo Antonio Perez-Deras
has moved for leave to withdraw and has filed a brief as required
by Anders v. California, 386 U.S. 738 (1967).  Perez-Deras has
not filed a response.  Our independent review of the brief and
the record discloses no nonfrivolous issue.  Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.
5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.